IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
| | : | |
| **TORRI CLAYCOMB** | : | Case No.    **26-20305-JAD** |
| | : | |
| Debtor | : | Doc No. |

### EMPLOYEE INCOME RECORD

| Date | 9/1/2025 | 10/1/2025 | 11/1/2025 | 12/1/2025 | 1/1/2026 | 2/1/2026 |
|---|---|---|---|---|---|---|
| Wife Take Home | $8,818.00 | $8,818.00 | $8,818.00 | $8,818.00 | $8,818.00 | $8,818.00 |
| Total | $8,818.00 | $8,818.00 | $8,818.00 | $8,818.00 | $8,818.00 | $8,818.00 |

DATED:    3/4/2026

/s/ Michael S. Geisler

_____

**MICHAEL S. GEISLER, ESQUIRE**

1100 Penn Center Blvd., #704
Pittsburgh, PA 15235

Tele: (412) 613-2133
Pa. I.D. No. 39414
E-Mail: m.s.geisler@att.net