IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 26-20305-JAD |
| Torri Claycomb | : | |
| | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| Torri Claycomb | : | |
| | : | |
| Movant | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, __Michael S. Geisler Pa I.D. No. 39414__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: /s/ Michael S. Geisler
_____
Signature
Michael S. Geisler Pa I.D. No. 39414
_____
Typed Name
1100 Penn Center Blvd., #704
Pittsburgh, PA 15235
_____
Address
(412) 613-2133    Fax:(412) 774-0575
_____
Phone No.
Pa I.D. No. 39414
_____
List Bar I.D. and State of Admission

Credit One Bank, American Express
P.O. Box 98873
Las Vegas, NV 89193-8873


Credit One Bank, Visa
P.O. Box 98873
Las Vegas, NV 89193-8873


Credit One Platinum Visa
P.O. Box 98873
Las Vegas, NV 89193-8873


Danielle DiLeva, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106


Duquesne Light Company
c/o Bernstein Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219


Geraldine M. Linn, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106


Hampton Shaler Water Authority
3101 McCully Road
Allison Park, PA 15101


Microf, LLC.
2849 Paces Ferry Road SE, Suite 625
Atlanta, GA 30339


Midfirst Bank
999 N.W. Grand Boulevard Suite 100
Oklahoma City, OK 73118


Peoples Natural Gas
P.O. Box 535323
Pittsburgh, PA 15253-5323