FILED
3/2/26 11:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **TORRI CLAYCOMB,** | : | Case No. **26-20305-JAD** |
| | : | |
| *Debtor,* | : | Doc. No.  13 |
| ================================== | : | |
| **TORRI CLAYCOMB,** | : | |
| | : | |
| *Movant,* | : | |
| | : | |
| vs. | : | |
| | : | |
| **No Respondent,** | : | |

## ORDER OF COURT

AND NOW, this _____2nd_____ day of _____March_____, 20__26__,

upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED,

that the deadline to complete the Chapter 13 filing is extended until 3/4/2026.

_____jsf_____    J.
Jeffery A. Deller
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 26-20305-JAD

Torri Claycomb                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 02, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Torri Claycomb, 249 Willett Road, Glenshaw, PA 15116-1340 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com  lemondropper75@hotmail.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Matthew Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Michael S. Geisler | on behalf of Debtor Torri Claycomb m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2                          User: auto                                          Page 2 of 2
Date Rcvd: Mar 02, 2026                    Form ID: pdf900                            Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6