**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 26−20305−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Torri Claycomb
249 Willett Road
Glenshaw, PA 15116

Social Security No.:
xxx−xx−6842

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Michael S. Geisler | Ronda J. Winnecour |
| Michael S. Geisler | Suite 3250, USX Tower |
| 1100 Penn Center Blvd. | 600 Grant Street |
| #704 | Pittsburgh, PA 15219 |
| Pittsburgh, PA 15235 | Telephone number:  412−471−5566 |
| Telephone number:  412−613−2133 | |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| July 20, 2026 | July 20, 2026 |
| 09:00 AM | 09:00 AM |
| Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861 | Same location as Meeting of Creditors |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 5/12/26

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                Case No. 26-20305-JAD

Torri Claycomb                                                                 Chapter 13

         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                          Page 1 of 2

Date Rcvd: May 12, 2026                   Form ID: rsc13                                   Total Noticed: 18

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Torri Claycomb, 249 Willett Road, Glenshaw, PA 15116-1340 |
| 16643379 | | Credit One Platinum Visa, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 16633203 | + | Danielle DiLeva, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 16633204 | + | Geraldine M. Linn, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 16643381 | + | Hampton Shaler Water Authority, 3101 McCully Road, Allison Park, PA 15101-1331 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 13 2026 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 13 2026 00:22:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 13 2026 00:21:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16643377 | | Email/PDF: creditonebknotifications@resurgent.com | May 13 2026 00:22:49 | Credit One Bank, American Express, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 16643378 | | Email/PDF: creditonebknotifications@resurgent.com | May 13 2026 00:22:50 | Credit One Bank, Visa, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 16643380 | + | Email/Text: jdryer@bernsteinlaw.com | May 13 2026 00:21:00 | Duquesne Light Company, c/o Bernstein Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16637320 | | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2026 00:22:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16648660 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 13 2026 00:23:05 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 16659111 | + | Email/Text: bk@microf.com | May 13 2026 00:22:00 | Microf LLC, Overlook I, 2849 Paces Ferry Road SE, Suite 625, Atlanta, GA 30339-5742 |
| 16643382 | + | Email/Text: bk@microf.com | May 13 2026 00:22:00 | Microf, LLC., 2849 Paces Ferry Road SE, Suite 625, Atlanta, GA 30339-5742 |
| 16633205 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 13 2026 00:23:05 | Midfirst Bank, 999 N.W. Grand Boulevard Suite 100, Oklahoma City, OK 73118-6051 |
| 16643383 | | Email/Text: ebnpeoples@grblaw.com | May 13 2026 00:22:00 | Peoples Natural Gas, P.O. Box 535323, Pittsburgh, PA 15253-5323 |
| 16653878 | | Email/PDF: ebn_ais@aisinfo.com | May 13 2026 00:22:58 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |

District/off: 0315-2                              User: auto                                    Page 2 of 2
Date Rcvd: May 12, 2026                           Form ID: rsc13                               Total Noticed: 18
TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com lemondropper75@hotmail.com;agilbert@bernsteinlaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Matthew Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Michael S. Geisler | on behalf of Debtor Torri Claycomb m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6